# ISAAC WILSON

*v.*

# JAMES McDOWELL.

1. BILL OF EXCEPTIONS—*stipulation must be preserved by.* Where a judgment purported to have been rendered according to a stipulation of the parties on file, and it was assigned for error that the stipulation did not authorize the particular judgment: *Held,* that this court could not examine the stipulation, though copied by the clerk into the record, unless it was embodied in a bill of exceptions.

2. SAME—*presumption in favor of judgment.* In the absence of a bill of exceptions showing all the evidence in the case, it will be presumed, in support of the judgment, that there was sufficient evidence before the court to warrant it.

WRIT OF ERROR to the Circuit Court of Livingston county; the Hon. CHARLES H. WOOD, Judge, presiding.

Messrs. CLARK, KETTELLE & BAKER, for the plaintiff in error.

Mr. N. J. PILLSBURY, for the defendant in error.

Mr. JUSTICE SHELDON delivered the opinion of the Court:

This was an action of ejectment, wherein the judgment in favor of the plaintiff purported to be rendered according to a stipulation of the parties on file.

It is assigned for error that the court below was not authorized by the stipulation to render the judgment.

There is no bill of exceptions in the case. Consequently, according to former rulings of this court, we can not examine the stipulation, although the clerk has copied into the record what purports to be a stipulation. It could only be brought into the record by being embodied in a bill of exceptions.

In the absence of a bill of exceptions showing all the evidence in the case, it must be presumed, in support of the judgment, that there was sufficient evidence before the court below to warrant it.

The judgment must be affirmed.

*Judgment affirmed.*